UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20133TP Sullivan

Transferred from
THE DISTRICT COURT OF ARIZIONA
under former case 05CR0100-005-PHX-NVW

UNITES STATES OF AMERICA

        Plaintiff

vs

JUAN ERLES GONZALEZ

        Defendant

_____/

**PERMANENT NOTICE OF APPEARANCE**

COMES NOW, the undersigned attorney hereby files this permanent notice of appearance for the above matter.

        Respectfully submitted,

        /s/ Scott B. Saul_____
        SCOTT B. SAUL, ESQUIRE
        1351 N.W. 16th Street
        Miami, Fl 33125
        tel (305) 326 9901 fax (305) 325-9454
        email SAUL6262@aol.com
        FBN717525

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this pleading was forwarded by electronic filing with the Clerk of Court using CM/ECF. I also certify that the foregoing document has been served, via telefax, to the former assigned prosecutor in the District Court of Arizona, Brian Parson (602) 514-7696 and U.S. Probation Officer Amanda Peters via fax (305) 523-5459 on this 23 day of Sept3mber 2009.

        /s/ Scott B. Saul_____
        SCOTT B. SAUL, ESQUIRE